UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEVEYOUS EUGENCE CORSEY,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA,<br><br>  Defendant. | Case No. 2:24-cv-01855-GMN-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Initiating Documents. ECF No. 1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis* ("IFP"), one of which is necessary to commence a civil action in federal court. Further, Plaintiff must use the Court's approved complaint form or must include in an alternative form substantially all the information called for by the Court's form when initiating a civil rights lawsuit in the District of Nevada. Local Rule LSR 2-1.

Accordingly, IT IS HEREBY ORDERED that no later than **May 30, 2025** Plaintiff **must** either pay the $405 filing fee or file a complete Application to Proceed *in forma pauperis* together with a Complaint on the Court's approved form.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 29th day of April, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1