UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEVEYOUS EUGENE CORSEY,

            Plaintiff,

vs.

STATE OF NEVADA,

           Defendant.

Case No.: 2:24-cv-01855-GMN-EJY

**ORDER**

The Court is in receipt of returned mail sent to Plaintiff. After reviewing the docket, the Court believes that Plaintiff may be receiving mail at 1501 Las Vegas Blvd., Las Vegas, Nevada 89101. (*See* ECF Nos. 6, 9).

Accordingly,

The Clerk of Court is kindly directed to mail this Order along with ECF Nos. 2, 4, 5, 7, and 8 to Plaintiff at the address listed below:

Deveyous Eugene Corsey
1501 Las Vegas Blvd.
Las Vegas, Nevada 89101

**IT IS HEREBY ORDERED** that Plaintiff must comply with LR IA 3-1 and file with the Court any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Dated this __30__ day of July, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court