UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEVEYOUS EUGENE CORSEY,<br><br>                      Plaintiff,<br>    vs.<br><br>STATE OF NEVADA,<br><br>                      Defendant. | Case No.: 2:24-cv-01855-GMN-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

       Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 8), from United States Magistrate Judge Elayna J. Youchah, which recommends that this case be dismissed without prejudice for failure to comply with the Court's Orders.

       A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

       Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 8) (setting a July 21, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close the case.

Dated this  16  day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court